IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE MILLER, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WHEELER BRODIE et al., | : | No. 15-4992 |
| *Defendants*. | : | |

# O R D E R

**AND NOW,** this 28th day of September, 2016, upon consideration of Defendants' Motion in Limine to Preclude Plaintiff's Expert (Docket No. 13), Plaintiff's Motion in Limine to Preclude Defendants' Experts (Docket No. 14), Defendants' Opposition to Plaintiff's Motion in Limine (Docket No. 15), Plaintiff's Opposition to Defendants' Motion in Limine (Docket No. 18), Plaintiff's Supplemental Response in Opposition (Docket No. 24), and Defendants' Supplemental Response in Support (Docket No. 25) it is hereby **ORDERED** that Defendants' Motion in Limine to Preclude Plaintiff's Expert (Docket No. 13) and Plaintiff's Motion in Limine to Preclude Defendants' Experts (Docket No. 14) are **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE